IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Chessie Brown as personal representative of the
Estate of Kenneth Brown,

      Plaintiff,

  v.

                                                                                No. 2:13-cv-01177-KG-CG

FRONTERA PRODUCE LTD, a Texas
corporation, and PRIMUS GROUP, INC., d/b/a/
"Primus Labs", a California corporation, and
WAL-MART STORES, INC., a Delaware
corporation,

      Defendants.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court on the Unopposed Motion of Defendants Frontera Produce LTD and Primus Group, Inc. d/b/a Primus Labs for Dismissal with Prejudice, having reviewed the motion and being otherwise fully advised in these premises, the Court FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims which were asserted or which could have been asserted by Plaintiff Chessie Brown as personal representative of the Estate of Kenneth Brown ("Plaintiff") against Defendants Frontera Produce LTD and Primus Group, Inc. in Plaintiff's Complaint and Demand for Jury Trial and in all prior and subsequent complaints in this action, and all claims which were asserted or which could have been asserted by Defendants against each other in this action, are hereby dismissed with prejudice with each party bearing their respective costs and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, Frontera Produce LTD and Primus Group, Inc., being the remaining defendants in this action, this action is hereby dismissed with prejudice as to the entire action.

_____
UNITED STATES DISTRICT JUDGE


**STIPULATED AND AGREED TO**:

MILLER STRATVERT P.A.

By: /s/ *Robert A. Corchine*
    Robert A. Corchine
    rcorchine@mstlaw.com
*Attorneys for Defendant Frontera Produce LTD*
P.O. Box 25687
Albuquerque, NM 87125-0687
Ph: (505) 842-1950
Fax: (505) 243-4408


MADISON & MROZ, P.A.


By: */s/ M. Eliza Stewart – approved 2/18/15*
    M. Eliza Stewart
    mes@madisonlaw.com
    Michael J. Dekleva
*Attorneys for Defendant Primus Group, Inc.*
*d/b/a Primus Labs*
P.O. Box 25467
Albuquerque, NM 87125-5164
Ph: (505) 242-2177
Fax: (505) 242-7184

 - and –

KAUFMAN BORGEEST & RYAN, LLP
Jeffrey S. Whittington
jwhittington@kbrlaw.com
23975 Park Sorrento, Suite 370
Calabasas, CA 91302-4022
Ph:  (818) 880-0992
Fax: (818) 880-0993


J. HOLLINGTON & ASSOC.


By: */s/ J. Edward Hollington – approved 1/9/15*
        J. Edward Hollington
         Edward708@aol.com
*Attorneys for Plaintiffs*
708 Marquette Ave NW
Albuquerque, NM  87102-708
Ph:  (505) 843-9171
Fax: (505) 843-7027


- and -

PRISTZKEROLSEN, P.A.
Elliot L. Olsen
Elliot@pritzkerlaw.com
Ryan M. Osterholm
45 South Seventh Street, #2950
Minneapolis, MN 55402-1652
Ph:  (612) 338-0202
Fax: (612) 338-0104